# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 24-40048
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
November 20, 2024

Lyle W. Cayce
Clerk

William Henry Krieg,

*Plaintiff—Appellant*,

*versus*

James E. Blake; Chibuike M. Omwuka; Fernater J. Smith;
Texas Department of Criminal Justice,

*Defendants—Appellees*.

———————————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:18-CV-386

———————————————————————————

Before King, Southwick, and Engelhardt, *Circuit Judges*.
Per Curiam:*

William Henry Krieg, Texas prisoner # 1366694, has timely appealed the denials of his constructive Federal Rule of Civil Procedure 59(e) motion and his Federal Rule of Civil Procedure 60(b) motion. Because Krieg's motions repeated his previously raised argument that he did not receive the underlying judgment dismissing his civil rights action, the district court did

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40048

not abuse its discretion in denying the motions.  *See Trevino v. City of Fort Worth*, 944 F.3d 567, 570 (5th Cir. 2019); *Triple Tee Golf, Inc. v. Nike, Inc.*, 485 F.3d 253, 269 (5th Cir. 2007).

AFFIRMED.